FILED

OCT 29 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY JAMES,<br><br>Defendant. | CR 97-37-BLG-SPW-007<br><br>ORDER |
|---|---|

Upon the Government's Unopposed Motion to Quash the Arrest Warrant and Issue a Summons (Doc. 893), and for good cause shown,

**IT IS HEREBY ORDERED** that the arrest warrant for Randy James is **QUASHED** and a summons shall be issued for Mr. James to appear on the petition for revocation. (Doc. 891).

**IT IS FURTHER ORDERED** that because Mr. James is presently located in Great Falls, Montana, U.S. Probation shall contact Judge John Johnston's chambers for an Initial Appearance date and provide the clerk's office with the summons for issuance.

1

**IT IS FURTHER ORDERED** that upon service of the summons upon Mr. James, he shall be released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel, U.S. Probation, the U.S. Marshals and Judge Johnston's chambers of the entry of this Order.

DATED this 29th day of October, 2019.

SUSAN P. WATTERS
United States District Judge